IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH RAUBER, ALMENDRA ESCOBEDO-OROZCO, MARIA SANCHEZ-DELGADO, and SILVIA FLORES-MARTINEZ.<br><br>Defendants. | 8:20-CR-189<br><br>PRELIMINARY ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture. Filing 122. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On November 12, 2020, defendant Flores-Martinez entered into a plea agreement whereby she pled guilty to Count Five of the Indictment and admitted the Forfeiture Allegation as set forth therein. *See* Filing 71.

2. On January 12, 2021, defendant Rauber entered into a plea agreement whereby he pled guilty to Count One of the Indictment, admitted the Forfeiture Allegation as set forth therein and as further identified in the Bill of Particulars, and agreed to withdraw his claim regarding the administrative forfeiture of the $55,035 U.S. currency. *See* Filing 90.

3. On May 5, 2021, defendant Escobedo-Orozco entered into a plea agreement whereby she pled guilty to Count One of the Indictment, admitted the Forfeiture Allegation as set forth therein and as further identified in the Bill of Particulars, and agreed to assist the United States in defending and further claims made to the property to be forfeited. Filing 110.

4. Count One of the Indictment charged defendants with conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1); Count Five of the Indictment charged defendant Flores-Martinez with possession with intent to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1). Filing 1.

5. The Forfeiture Allegation set forth in the Indictment and as further identified in the Bill of Particulars alleged the following property was derived from proceeds obtained, directly or indirectly, as a result of the violation, and/or was used, or intended to be used, to commit or facilitate the violation:

   a. $616.00 in United States currency seized on or about May 19, 2020;

   b. $3,720.00 in United States currency, seized on or about May 19, 2020;

   c. $5,500.00 in United States currency, seized on or about May 19, 2020; and

   d. $2,300.00 in United States currency, seized on or about May 19, 2020.

6. As a result of their pleas, defendants' interests in the described property are forfeited to the United States.

7. The United States is entitled to possession of the described currency. 21 U.S.C. § 853.

IT IS ORDERED:

1. The United States of America's Motion for Preliminary Order of Forfeiture, Filing 122, is granted;

2. Defendants' interests in the described property are hereby forfeited to the United States under 21 U.S.C. § 853(n)(1);

3. The United States is hereby authorized to seize the currency described in section 5(a)-(d);

4. The United States shall hold the described property in its secure custody and control;

5. Pursuant to 21 U.S.C. §853(n)(1), the United States shall publish notice of this Preliminary Order of Forfeiture for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the described property;

6. Pursuant to 21 U.S.C. § 853(n)(2), notice shall provide that any person, other than defendant, having or claiming a legal interest in the described property must file a petition with this Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier;

7. Pursuant to 21 U.S.C. § 853(n)(3), a petitioner must sign the petition under penalty of perjury and set forth the nature and extent of the petitioner's right, title or interest in the described property and any additional facts supporting the petitioner's claim and the relief sought; and

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture addressing all interests pursuant to 21 U.S.C.§ 853(n).19, 2020.

Dated this 25th day of June, 2021.

                                                       BY THE COURT:

                                                      _____
                                                      Brian C. Buescher
                                                      United States District Judge