IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH RAUBER, ALMENDRA ESCOBEDO-OROZCO, MARIA SANCHEZ-DELGADO, and SILVIA FLORES-MARTINEZ,<br><br>Defendants. | 8:20-CR-189<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture. Filing 147. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On June 25, 2021, the Court entered a Preliminary Order of Forfeiture, Filing 124, forfeiting defendants' interests in the following Property:

    a. $616.00 in United States currency seized on or about May 19, 2020;

    b. $3,720.00 in United States currency, seized on or about May 19, 2020;

    c. $5,500.00 in United States currency, seized on or about May 19, 2020; and

    d. $2,300.00 in United States currency, seized on or about May 19, 2020.

2. On August 30, 2021, the United States filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject Property. Filing 146.

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

1

4. The government's Motion for Final Order of Forfeiture, Filing 147, should be granted.

IT IS ORDERED,

1. The government's Motion for Final Order of Forfeiture, Filing 147, is granted;

2. All right, title, and interest in and to the Property held by any person or entity is hereby forever barred and foreclosed;

3. The Property is hereby forfeited to the United States of America; and

4. The United States is directed to forfeit the Property in accordance with law.

Dated this 8th day of September, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge